**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK** 303-844-2527
Judge

June 9, 2022

TO: Jeffrey Colwell, Clerk

FROM: Judge Babcock              s/LTB

RE: Civil Action No. 22-cv-01431
    Archipley v. Telluride Council for the Arts

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp